AO 245A  (Rev. 12/03) Judgment of Acquittal

# UNITED STATES DISTRICT COURT

DISTRICT OF  OREGON

UNITED STATES OF AMERICA

V.

DENNIS MERKEL

## JUDGMENT OF ACQUITTAL

CASE NUMBER:   3:18-CR-00168-HZ

The Defendant was found not guilty.  IT IS ORDERED that the Defendant is acquitted, discharged, and any bond exonerated.

_Marco Hernandez_
Signature of Judge

MARCO A. HERNANDEZ,
United States District Court Judge
Name and Title of Judge

3/19/2019
Date